HERMAN L. GREVE, Appellant, v. ARTHUR W. KRETSCHMAR, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CHRISTIAN F. C. GRUENINGER, Respondent, v. CHARLES J. MARASCO, Supervisor, and Others, etc., Appellants.— Motion to amend papers nunc pro tunc denied. Motion for reargument denied. Present — Lazansky, P. J., Young Hagarty, Carswell and Tompkins, JJ.

HEMPSTEAD BOND AND MORTGAGE GUARANTEE COMPANY, Respondent, v. BEATRICE C. JOHNSTON and Others, Defendants; BEHRER & COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

IRVING HERSHENOW, Appellant, v. NEW YORK LIFE INSURANCE COMPANY and Another, Respondents.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Petition of the COUNTY OF NASSAU to Condemn Restrictive Covenants on Land Owned by the County of Nassau in the Village of Garden City, Nassau County, New York. COUNTY OF NASSAU, Appellant; SUFFOLK LANE HOMES, INC., and Another, Defendants; FRANK J. FOLEY and Others, Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of ROSE EDITH DES ANGES HAWKINS, Administratrix c. t. a. of HENRY L. DES ANGES, Deceased. EUGENE M. HAWKINS, Administrator c. t. a., d. b. n., etc., Appellant; MARY D. DES ANGES and DAVID J. WAGNER, as Special Guardian of EDITH HAWKINS, an Infant, etc., Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of THE GREATER CITY SURETY AND INDEMNITY CORPORATION, Respondent, for a Peremptory Order of Mandamus against CHARLES W. BERRY, Comptroller of The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.